IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. AP-75,966






LARRY RAY SWEARINGEN, Appellant



v.



THE STATE OF TEXAS






ON DIRECT APPEAL FROM THE DENIAL OF A MOTION TO RECUSE

FILED IN CAUSE NO. 99-11-06435-CR

IN THE 9TH JUDICIAL DISTRICT COURT

MONTGOMERY COUNTY




 Per Curiam.


O P I N I O N



 This is a direct appeal of the denial of a motion to recuse filed in the 9th Judicial
District Court of Montgomery County, Cause No. 99-11-06435-CR, styled The State of
Texas v. Larry Ray Swearingen. Appellant's appeal is untimely and is, therefore,
dismissed. 

Do not publish

Delivered: November 26, 2008